IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| CHARLES ADAM BASCOMB, Plaintiff, v. STATE OF UTAH et al., Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** Case No. 2:19-CV-686 District Judge Clark Waddoups |
|---|---|

In an Order dated December 30, 2019, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $5.40 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 9.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order, which was returned to sender, marked, "NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD." (ECF No. 10.) And Plaintiff has not since updated Plaintiff's address as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number.")

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

BY THE COURT:

JUDGE CLARK WADDOUPS
United States District Court

SO ORDERED this 3rd day of April, 2020.